| | | |
|---|---|---|
| People v Black | 4th Dept: 137 AD3d 1679 (Onondaga) | denied reconsideration 10/4/16 (Pigott, J.) |
| People v Bolling | 4th Dept: 141 AD3d 1176 (Monroe) | denied 10/10/16 (Rivera, J.) |
| People v Bonds | 2d Dept: 140 AD3d 897 (Queens) | denied 10/11/16 (Garcia, J.) |
| People v Booker | 3d Dept: 141 AD3d 834 (Tompkins) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Bowen | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 2016 NY Slip Op 51657(U) (Kings) | denied 10/27/16 (Pigott, J.) |
| People v Boyd | 4th Dept: 137 AD3d 1615 (Onondaga) | denied 10/12/16 (Rivera, J.) |
| People v Brodus | App Div, 3d Dept: 2016 NY Slip Op 70576(U) (Broome) | denied 10/18/16 (DiFiore, Ch. J.) |
| People v Brooks | 4th Dept: 139 AD3d 1391 (Steuben) | denied 10/12/16 (Rivera, J.) |
| People v Brown (Curtis) | 4th Dept: 140 AD3d 1740 (Onondaga) | denied 10/11/16 (Garcia, J.) |
| People v Brown (Eddie) | 2d Dept: 141 AD3d 535 (Kings) | denied 10/4/16 (Pigott, J.) |
| People v Brown (Everton) | App Div, 1st Dept: 2015 NY Slip Op 78085(U) (Bronx) | dismissed 10/26/16 (Rivera, J.) |
| People v Busch | County Ct, 6/29/16 (Washington) | denied 10/4/16 (Pigott, J.) |
| People v Butler | 1st Dept: 140 AD3d 472 (Bronx) | denied 10/11/16 (Garcia, J.) |
| People v Byfield | App Div, 1st Dept: 2016 NY Slip Op 77571(U) (Bronx) | dismissed 10/11/16 (Stein, J.) |
| People v Carr | 4th Dept: 141 AD3d 1124 (Erie) | denied 10/3/16 (Garcia, J.) |
| People v Ceruti | 2d Dept: 142 AD3d 558 (Queens) | denied 10/11/16 (Stein, J.) |
| People v Chambers | 2d Dept: 142 AD3d 672 (Kings) | denied 10/20/16 (Stein, J.) |
| People v Chander | 2d Dept: 140 AD3d 1181 (Queens) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Chestnut | 2d Dept: 142 AD3d 559 (Queens) | denied 10/11/16 (Pigott, J.) |
| People v Clark | 3d Dept: 142 AD3d 723 (Schenectady) | denied 10/27/16 (Pigott, J.) |
| People v Clarke | App Div, 2d Dept: 2016 NY Slip Op 76774(U) (Queens) | dismissed 10/12/16 (Garcia, J.) |
| People v Collins | 2d Dept: 141 AD3d 729 (Queens) | denied 10/27/16 (Abdus-Salaam, J.) |